**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
**COUNSEL FOR KAMALPREET KAUR SIDHU**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| KAMALPREET KAUR SIDHU,<br><br>Plaintiff,<br><br>v.<br><br>JACK WRIGHT, ANDREA WRIGHT, RAMIRO MINERO, EMERITA MINERO, and DOES 1-10, INCLUSIVE,<br><br>Defendants. | **Case No.: 1:23-cv-00417-JLT-CDB**<br><br>*[Assigned to presiding Judge Jennifer Thurston; and, Magistrate Judge Baker]*<br><br>**OBJECTION TO THE JUDGMENT DATED 6/21/2023** |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

## **OBJECTION**

Yet another racist, prejudicial and biased decision (Cal. *Cod. Civ. Proc.* Sections 170.1, 170.3, and 170.6 *et seq.*) from the California Courts. Without considering the exhibits, the pending motion to disqualify, promoting the majority populations of County of Kern, California such as majority 90% White and Latin populations, the federal court has dismissed the case without any meritorious hearing.

Moreover, this federal court was informed that it must recuse itself, because the judicial officer of the state court, Bernard C. Barmann, Jr., appeared as attorney before Judge Jennifer Thurston.

Additionally, this federal court was informed that **Darren Bogie prior represented directly, and indirectly Plaintiff Kamalpreet Kaur Sidhu**; and the motion to disqualify counsel that was pending has now become moot, because of Judge Thurston's lack of merit judgment.

Provided that the slew of cases that Indians, and Indian-Americans have initiated get dismissed, with prejudicial decisions, without a trial, shows the promotion of the majority White culture against Indians and Indian-Americans.

The litigant will appeal this matter in federal court, because **fraud and tort in real property is a federal cause of action**, and has a federal basis for a **federal question jurisdiction**. Thus, the prejudicial order based on lack of federal subject matter jurisdiction is not only meritless, the fact that the court has ignored that Darren

Bogie was the prior attorney of Randeep Singh Dhillon, and Kamalpreet Sidhu, is clear and convincing evidence of bias from the federal court as well.

///

*Sincerely,*

**LAW OFFICE OF RESHMA KAMATH**

**DATED: June 21, 2023**      /S/ *Reshma Kamath*

Reshma Kamath,
Counsel for Plaintiff KAMALPREET KAUR SIDHU

# **PROOF OF SERVICE**
### **F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260**

I'm employed in the County of San Mateo, California. I am over the age of 18, and not a party to the action. My business address is: 700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025, and electronic service address is reshmakamath2021@gmail.com. On June 21, 2023, I served the following document(s), via method(s) indicated below, on the parties in this action: SEE ATTACHED SERVICE LIST.

///

**OBJECTION TO THE JUDGMENT DATED 6/21/2023**

///

**ELECTRONIC SERVICE**: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICE OF C.C.P. SECTION 1010.6]

///

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on the 21st day of June 2023 electronically.

///

*/s/ Reshma Kamath*

Reshma Kamath

**SERVICE LIST**

| | |
|---|---|
| Darren J. Bogié, Esq; SBN 183773 (Lead Attorney & Designated Counsel for Service)<br>Email: dbogie@dwlaw.com<br>Nathaniel J. Oleson, Esq.; SBN 276695 (Attorney to be Noticed)<br>Email: nolson@dwlaw.com<br>DARLING & WILSON, PC<br>1626 19th Street, Ste. 23<br>PO Box 2411<br>Bakersfield CA 93303<br>Tel: (661) 325-5075<br>Fax: (661) 352-3045 | Attorneys for Defendants Ramiro Minero & Emerita Minero, |
| Stephen C. Chuck (SBN 119612)<br>schuck@cbtlegal.com<br>Victoria J. Tsoong (SBN 261862)<br>vtsoong@cbtlegal.com<br>Carley Mak Lee (SBN 251568)<br>clee@cbtlegal.com<br>CHUCK & TSOONG, LLP<br>ctoffice@cbtlegal.com<br>207 Goode Avenue, Suite 310<br>Glendale, CA 91203<br>Tel: (626) 689-4000;<br>Fax: (626) 680-   4011 | Attorney for Defendants Jack Wright and Andrea Wright |