**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
**COUNSEL FOR KAMALPREET KAUR SIDHU**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| KAMALPREET KAUR SIDHU, <br><br> Plaintiff, <br><br> v. <br> JACK WRIGHT, ANDREA WRIGHT, RAMIRO MINERO, EMERITA MINERO, and DOES 1-10, INCLUSIVE, <br><br> Defendants. | **Case No.: 1:23-cv-00417-JLT-CDB** <br><br> *[Assigned to presiding Judge Jennifer Thurston; and, Magistrate Judge Baker]* <br><br> **FURTHER REPLY OF COUNSEL TO JUDGE THURSTON'S ENTRY DATED JUNE 29, 2023; PROOF OF SERVICE** |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

***PLEASE TAKE NOTICE*** that undersigned Counsel RESHMA KAMATH is more than well aware and has knowledge of what proper motions to bring. For e.g., motion to set aside the judgment; motion for reconsideration; and/or file a notice to appeal, *inter alia*.

Judge Thurston must realize that often attorneys file Objections. They're done to create and preserve the record for appeal. Abuse of Discretion is often an appellate standard of review.

Judge Thurston must remember that Counsel RESHMA KAMATH alluded Judge Thurston to Judge's "appearance of bias and prejudice" right at the outset – prior to any rulings were made by Judge Thurston.

Finally, Judge Thurston must notice that there were several motions pending before the Court.

Dismissing the case for alleged lack of jurisdiction against the Minero-defendants does not "CLOSE" the entire case as against the Wright-defendants.

Judge Thurston only gave her one-liner decision. When the Judge could argue this is often done in California courts, in 2023, the environment that all parties and attorneys live in require more than an one-liner. Otherwise, it is clear bias and prejudice are playing an active role in the background.

The Motion to Disqualify Counsel should have been ruled on at first – prior to the Motion to Dismiss ruling that was written by that very unethical counsel, Darren Bogie.

Thus, when Judge Thurston has made several transgressions in not following the rules, code, and protocol of the Federal Rules of Civil Procedure and related laws/local rules, then the Judge must first review all the laws to see whether her promulgations are in conformity with those laws, as well as her judicial canon of ethics.

**DATED: June 29, 2023**

**LAW OFFICE OF RESHMA KAMATH**

*/S/ Reshma Kamath*

Reshma Kamath,
Counsel for Plaintiff KAMALPREET KAUR SIDHU

# **PROOF OF SERVICE**
### **F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260**

I'm employed in the County of San Mateo, California. I am over the age of 18, and not a party to the action. My business address is: 700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025, and electronic service address is reshmakamath2021@gmail.com. On June 29, 2023, I served the following document(s), via method(s) indicated below, on the parties in this action: SEE ATTACHED SERVICE LIST.

///

**FURTHER REPLY OF COUNSEL TO JUDGE THURSTON'S ENTRY DATED JUNE 29, 2023; PROOF OF SERVICE**

///

**ELECTRONIC SERVICE**: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein. [NOTICE OF C.C.P. SECTION 1010.6]

///

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on the 29th day of June 2023 electronically.

///

*/s/ Reshma Kamath*

Reshma Kamath

**SERVICE LIST**

| | |
|---|---|
| Darren J. Bogié, Esq; SBN 183773 (Lead Attorney & Designated Counsel for Service) <br> Email: dbogie@dwlaw.com <br> Nathaniel J. Oleson, Esq.; SBN 276695 (Attorney to be Noticed) <br> Email: nolson@dwlaw.com <br> DARLING & WILSON, PC <br> 1626 19th Street, Ste. 23 <br> PO Box 2411 <br> Bakersfield CA 93303 <br> Tel: (661) 325-5075 <br> Fax: (661) 352-3045 | Attorneys for Defendants Ramiro Minero & Emerita Minero, |
| Stephen C. Chuck (SBN 119612) <br> schuck@cbtlegal.com <br> Victoria J. Tsoong (SBN 261862) <br> vtsoong@cbtlegal.com <br> Carley Mak Lee (SBN 251568) <br> clee@cbtlegal.com <br> CHUCK & TSOONG, LLP <br> ctoffice@cbtlegal.com <br> 207 Goode Avenue, Suite 310 <br> Glendale, CA 91203 <br> Tel:  (626) 689-4000; <br> Fax: (626) 680-   4011 | Attorney for Defendants Jack Wright and Andrea Wright |